# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

FILED

08 APR -8 PH 2:56

E-filing

CR 08



## UNITED STATES OF AMERICA,

v.

JOSE LEOPOLDO VILLEGAS-VILLANUEVA
aka JUAN LOPEZ ONTIVEROS

### DEFENDANT.

# INDICTMENT

Title 18, U.S.C. § 922(g)(1) - Felon in Possession of a
Firearm
Title 21, U.S.C. § 841(a)(1) - Possession with Intent to
Distribute a Controlled Substance
Title 18, U.S.C. § 924(c)(1)(A)(i) - Possession of a
Firearm in Furtherance of a Drug Trafficking
Crime
Title 18, U.S.C. § 924(d) - Forfeiture of Firearms

A true bill.

_____
Foreman

Filed in open court this _____ day of
APRIL 2008
_____
Clerk

Bail, $ NO PROCESS

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute
Controlled Substance;
18 U.S.C. § 924(c)(1)(A)(i) – Possession of a Firearm in
Furtherance of a Drug Trafficking Crime;
18 U.S.C. § 924(d) – Forfeiture of Firearms

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:    See Penalty Sheet Attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

--- DEFENDANT - U.S ---

JOSE LEOPOLDO VILLEGAS-VILLANUEVA
a/k/a Juan Lopez Ontiveros

DISTRICT COURT NUMBER

--- DEFENDANT ---

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction
☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

--- PROCEEDING ---

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

MAGISTRATE
CASE NO.

3-08-70189 JCS

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    DEREK R. OWENS

Has detainer ☒ Yes    If "Yes"
been filed?  ☐ No    give date
filed    03/18/2008

DATE OF
ARREST    Month/Day/Year
03/31/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## *PENALTY SHEET ATTACHMENT*

**Counts 1-6:**  **18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm, Class C Felony**

As to each count:

| | |
|---|---|
| Maximum Term of Imprisonment | Ten Years |
| Maximum Fine | $250,000 |
| Maximum Term of Supervised Release | Three Years |
| Mandatory Special Assessment | $100 |

**Count 7:**  **21 U.S.C. § 841(a) - Possession with the Intent to Distribute a Controlled Substance (methamphetamine), Class C Felony**

| | |
|---|---|
| Maximum Term of Imprisonment | Twenty Years |
| Maximum Fine | $1,000,000 |
| Maximum Term of Supervised Release | Three Years |
| Mandatory Special Assessment | $100 |

Mandatory and discretionary denial of benefits upon conviction of drug offenses, 21 U.S.C. §862 and §862a

**Count 8:**  **21 U.S.C. § 841(a) - Possession with the Intent to Distribute a Controlled Substance (marijuana), Class D Felony**

| | |
|---|---|
| Maximum Term of Imprisonment | Five Years |
| Maximum Fine | $250,000 |
| Maximum Term of Supervised Release | Three Years |
| Mandatory Special Assessment | $100 |

Mandatory and discretionary denial of benefits upon conviction of drug offenses, 21 U.S.C. §862 and §862a

**Count 9:**  **18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm During and in Relation to a Drug Trafficking Crime, Class A Felony**

As to each count:

| | |
|---|---|
| Maximum Term of Imprisonment | Life |
| Mandatory Minimum Term of Imprisonment | Five Years |
| Maximum Fine | $250,000 |
| Maximum Term of Supervised Release | Five Years |
| Mandatory Special Assessment | $100 |

**Count 10:**  **18 U.S.C. § 924(d) - Forfeiture of Firearms**

Penalties: Forfeiture of all three firearms involved in offense

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
3                   E-filing
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  | UNITED STATES OF AMERICA, | )  | No. |

13        Plaintiff,              )    VIOLATIONS: 18 U.S.C. § 922(g)(1) –
                                  )    Felon in Possession of Firearm (6 counts);
14        v.                       )    21 U.S.C. § 841(a)(1) – Possession with
                                  )    Intent to Distribute Controlled Substance (2
15  JOSE LEOPOLDO VILLEGAS-       )    counts); 18 U.S.C. § 924(c)(1)(A)(i) –
    VILLANUEVA,                    )    Possession of a Firearm in Furtherance of a
16  a/k/a Juan Lopez Ontiveros,    )    Drug Trafficking Crime; 18 U.S.C. § 924(d)
                                  )    – Forfeiture of Firearms
17        Defendant.               )
                                  )    SAN FRANCISCO VENUE
18

19

20                           INDICTMENT

21  The Grand Jury charges:

22  COUNT ONE:  18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

23      On or about March 17, 2008, in the Northern District of California, the defendant,

24                  JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
                             a/k/a Juan Lopez Ontiveros,
25

26  having been previously convicted of a crime punishable by a term of imprisonment exceeding

27  one year, did knowingly possess a firearm, specifically a Marlin Model 336, 30-30 lever-action

28  rifle, serial number 25095145, in and affecting interstate commerce, in violation of Title 18,

    INDICTMENT

1 | United States Code, Section 922 (g)(1).

2 | COUNT TWO:  18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

3 | On or about March 17, 2008, in the Northern District of California, the defendant,

4
5
JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
a/k/a Juan Lopez Ontiveros,

6
7
8
9
having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Smith and Wesson, .38 caliber, Model 64, serial number D523486, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

10
11
12
COUNT THREE:  18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

On or about March 17, 2008, in the Northern District of California, the defendant,

13
14
JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
a/k/a Juan Lopez Ontiveros,

15 | having been previously convicted of a crime punishable by a term of imprisonment exceeding

16 | one year, did knowingly possess a firearm, specifically a Smith and Wesson, 38 Special model,

17 | serial number V141101, in and affecting interstate commerce, in violation of Title 18, United

18 | States Code, Section 922 (g)(1).

19 | COUNT FOUR:  18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

20 | On or about March 17, 2008, in the Northern District of California, the defendant,

21
22
JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
a/k/a Juan Lopez Ontiveros,

23
24
25
26
27
having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, specifically a Cobray, Model PM-11, 9mm machine pistol, serial number 94-0023659, in and affecting interstate commerce, in violation of Title 18, United States Code, Section 922 (g)(1).

COUNT FIVE:  18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

28 | On or about March 17, 2008, in the Northern District of California, the defendant,

INDICTMENT                                              2

1    JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
           a/k/a Juan Lopez Ontiveros,
2

3    having been previously convicted of a crime punishable by a term of imprisonment exceeding

4    one year, did knowingly possess a firearm, specifically a Maadi Company, AK semi-automatic

5    rifle, serial number CM01293, in and affecting interstate commerce, in violation of Title 18,

6    United States Code, Section 922 (g)(1).

7    COUNT SIX: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

8        On or about March 17, 2008, in the Northern District of California, the defendant,

9    JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
           a/k/a Juan Lopez Ontiveros,
10

11   having been previously convicted of a crime punishable by a term of imprisonment exceeding
12
     one year, did knowingly possess a firearm, specifically a Remington, Model 870 Express
13
     Magnum, 12 gauge pump shotgun, serial number D225328, in and affecting interstate commerce,
14
     in violation of Title 18, United States Code, Section 922 (g)(1).
15
     COUNT SEVEN: 21 U.S.C. § 841(a) - Possession with the Intent to Distribute a Controlled
16
     Substance (methamphetamine)
17
         On or about March 17, 2008, in the Northern District of California, the defendant,
18

19   JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
           a/k/a Juan Lopez Ontiveros,
20

21   knowingly and intentionally possessed with intent to distribute a mixture or substance containing

22   a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II

23   controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

24   COUNT EIGHT: 21 U.S.C. § 841(a) - Possession with the Intent to Distribute a Controlled

25   Substance (marijuana)

26       On or about March 17, 2008, in the Northern District of California, the defendant,

27   JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
           a/k/a Juan Lopez Ontiveros,
28

INDICTMENT                              3

1  knowingly and intentionally possessed with intent to distribute approximately 14 kilograms of

2  marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code,

3  Section 841(a)(1).

4  COUNT NINE:  18 U.S.C. § 924(c)(1)(A)(i) - Possession of a Firearm During and in Relation to

5  a Drug Trafficking Crime

6      On or about March 17, 2008, in the Northern District of California, the defendant,

7

8  JOSE LEOPOLDO VILLEGAS-VILLANUEVA,
   a/k/a Juan Lopez Ontiveros,

9

10  did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be

11  prosecuted in a court of the United States, as alleged in Counts One through Eight of the

12  Indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

   COUNT TEN:  18 U.S.C. § 924(d) - Forfeiture of Firearms

13      As a result of the foregoing offenses contained in Counts One through Six, the defendant

14  shall forfeit to the United States all firearms and ammunition involved in the commission of

15  violations of Title 18, United States Code, Section 922(g)(1) as listed in Counts

16  One through Six; all in violation of Title 18, United States Code, Section 922(g)(1), Section

17  924(d), and Title 28, United States Code, Section 2461(c).

18

19  DATED:                              A TRUE BILL.

20                                      _Angel Valdemendral_
                                        FOREPERSON
21

22  JOSEPH P. RUSSONIELLO
   United States Attorney
23

24

25  GREGG W. LOWDER
   Chief, Major Crimes Section
26

27

28  (Approved as to form:                          )
                    AUSA OWENS

   INDICTMENT                          4