BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant VILLEGAS-VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 08-00230-CRB |
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| v. | ) | |
| JOSE VILLEGAS-VILLANUEVA *also known as* Juan Lopez Ontiveros, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Undersigned counsel, Assistant Federal Public Defender ("AFPD") Ned  Smock, enters

his general appearance as counsel for defendant Jose Villegas-Villanueva.  Counsel's contact

information is listed above.

Dated: April 15, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

NED SMOCK
Assistant Federal Public Defender