| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **April 23, 2008**

Reporter**: Catherine Edwards**

| | |
|---|---|
| **Case No: CR-08-0230-CRB** | **DEFT:**   JOSE VILLEGAS-VILLANUEVA |
| | (X)Present |

AUSA:   Derek Owens         DEF ATTY: Edward Smock
Spanish Interpreter:   Cristina Visus
USPO:

**REASON FOR HEARING** Status Conference

**RESULT** Held, matter continued.  Time excluded from 4/23/08 to 5/21/2008 for effective

preparation of counsel.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**  May 21, 2008 @ 2:15 p.m.   **for**   Status Conference


**JUDGMENT**


Notes:    Defendant remanded to custody