1   BARRY J. PORTMAN
    Federal Public Defender
2   NED SMOCK
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone: (510) 637-3500
5
    Counsel for Defendant JOSE VILLEGAS-VILLANUEVA
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-08-0230 CRB
                                       )
12              Plaintiff,             )    **STIPULATION AND [PROPOSED]**
                                       )    **ORDER FOR CONTINUANCE AND**
13  vs.                                )    **EXCLUSION OF TIME UNDER THE**
                                       )    **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
14  JOSE VILLEGAS-VILLANUEVA,          )    **SEQ.**
                                       )
15              Defendant.             )    Current Date: June 4, 2008
    _____)    Requested Date: June 25, 2008
16

17          The parties in the above-captioned matter are scheduled to appear before the Court on

18  June 4, 2008.  The parties stipulate and agree that the matter should be continued to June 25,

19  2008 because defense counsel will be out of the country on the currently scheduled date.  In

20  addition, defense counsel needs additional time to review discovery, discuss the case with the

21  defendant, and perform relevant legal research.  For the foregoing reasons, the parties further

22  stipulate and agree that the ends of justice are served by the continuance requested herein

23  outweigh the best interest of the public and the defendant in a speedy trial because the failure to

24  grant the continuance would deny the counsel for the defendant the reasonable time necessary for

25  //

26  //

    Stip re: Continue and Exclude Time          1

1  effective preparation and would deny the defendant continuity of counsel, taking into account the

2  exercise of due diligence.  The parties therefore stipulate and agree that time should be excluded

3  pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4

5  \_\_May 29, 2008_____                    \_\_\_\_/s/_____
   Date                                         Ned Smock
6                                               Assistant Federal Public Defender

7  \_\_May 29, 2008_____                    \_\_\_\_/s/_____
   Date                                         Derek Owens
8                                               Assistant United States Attorney

9

10         Based on the reasons provided in the stipulation of the parties above, the Court hereby

11  FINDS that the ends of justice served by the continuance requested herein outweigh the best

12  interest of the public and the defendant in a speedy trial because the failure to grant the

13  continuance would deny the counsel for the defendant the reasonable time necessary for effective

14  preparation and deny the defendant continuity of counsel, taking into account the exercise of due

15  diligence.  The Court makes this finding because new defense counsel needs time to review

16  discovery, meet with the defendant, and perform legal research.

17         Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

18  is continued to June 25, 2008, and that time is excluded from June 4, 2008 to June 25, 2008

19  pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

20         IT IS SO ORDERED.

21

22  \_\_\_ May 30, 2008 _____
   Date                                         Honorable Charles R. Breyer
23                                              Judge, United States District Court
                                                Northern District of California
24

25

26