| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **June 25, 2008**

Reporter: **Sahar McVickar**

| | |
|---|---|
| **Case No:** CR-08-0230-CRB | **DEFT:** JOSE VILLEGAS-VILLANUEVA<br>(X)Present |
| AUSA: Derek Owens<br>Interpreter: Carol Rhine-Medina<br>USPO: | DEF ATTY: Edward Smock |

**REASON FOR HEARING** Status Conference

**RESULT** The Court accepts defense counsel's briefing schedule on motion.  Motion filed by 7/09/2008, response by 7/23/2008 and reply by 7/30/2008.

Motions to be filed July 09, 2008
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** August 06, 2008 @ 10:00 a.m.  **for** Motion

**JUDGMENT**


Notes: defendant remanded to custody