IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00230 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| JOSE VILLEGAS-VILLANUEVA, | |
| Defendant. | |

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on the motion to suppress currently on calendar for August 6, 2008 to August 8, 2008 at 2:00 p.m. before the Honorable Charles R. Breyer. Counsel, defendant and all witness' are to be present at the hearing.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 01, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy