**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 1, 2008

Hon. Charles R. Breyer
United States District Judge
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    <u>United States v. Jose Leopoldo Villegas-Villanueva</u>
             CR-08-0230 CEB

Your Honor:

      I represent Mr. Villegas-Villanueva in this matter. Now pending before you is defendant's motion to suppress evidence. I understand from the Clerk's Notice filed this afternoon that the matter is being continued to Friday, August 8, 2008 at 2:00 p.m. The Notice also indicated that all witnesses should be present that day.

      I write only to request that an evidentiary hearing be scheduled for a date after our August 8 appearance. I make this request because the defense needs time to prepare for an evidentiary hearing. For example, one routine step in preparing for an evidentiary hearing is to subpoena *Henthorn* materials on local law enforcement officials who will be testifying. Before making such a request, the defense needs to know who will be testifying. In addition, I understand from my investigator that the standard turn-around on these subpoenas is approximately three weeks.

      I have spoken with counsel for the government, Derek Owens, about this issue. The government has no objection to setting the evidentiary hearing for a date later than August 8, 2008. My proposal would be to set an evidentiary hearing date when the parties appear before your Honor on the afternoon of August 8. At that time, the parties can discuss the legal issues raised by the motion and establish the scope of the hearing.

      Thank you for your consideration. Please do not hesitate to contact me at (510) 637-3518.

                    Sincerely,

                    /s/ Ned Smock
                    NED SMOCK
                    Assistant Federal Public Defender

cc: AUSA Derek Owens