1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOSE LEOPOLDO VILLEGAS-VILLANUEVA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR-08-0230 CRB
                                      )
12 |        Plaintiff,                 ) **STIPULATION AND [PROPOSED]**
                                      ) **ORDER REGARDING SCHEDULING**
13 | vs.                               ) **ON DEFENDANT'S MOTION TO**
                                      ) **SUPPRESS**
14 | JOSE LEOPOLDO VILLEGAS-           )
     VILLANUEVA,                       ) Date:  August 8, 2008, 2:00 p.m.
15 |                                   )
            Defendant.                 )
16 | _____

17
        Now pending before the Court is defendant's motion to suppress evidence. In a Notice
18
   filed on August 1, 2008, the matter was continued to Friday, August 8, 2008 at 2:00 p.m. The
19
   Notice also indicated that all witnesses should be present that day.
20
        The parties ask to appear as scheduled on Friday August 8, 2008 for oral argument on the
21
   motion. However, the parties ask that an evidentiary hearing be scheduled for a future date. On
22
   August 8, the parties will be prepared to discuss the legal issues raised in the motion, the scope of
23
   the evidentiary hearing, and to propose a mutually convenient date. This will provide necessary
24
   time for the parties to prepare for the hearing, including seeking to subpoena *Henthorn* materials
25
   on testifying witnesses. In addition, witnesses will be traveling approximately five hours from
26

Stip re: Scheduling                           1

Eureka to attend the hearing and will need to make transportation and lodging arrangements.

| | |
|---|---|
|  August 4, 2008<br>Date |  /s/ Ned Smock<br>Ned Smock<br>Assistant Federal Public Defender |
|  August 4, 2008<br>Date |  /s/ Derek Owens<br>Derek Owens<br>Assistant United States Attorney |

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby ORDERED that oral argument on the pending suppression motion will be heard on Friday, August 8, 2008 at 2:00 p.m. At that time, the scope and scheduling of an evidentiary hearing will be discussed.

IT IS SO ORDERED.

_____   _____
Date                                                             Honorable Charles R. Breyer
                                                                        Judge, United States District Court
                                                                        Northern District of California