BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOSE LEOPOLDO VILLEGAS-VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0230 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING ON DEFENDANT'S MOTION TO SUPPRESS** |
| vs. | |
| JOSE LEOPOLDO VILLEGAS-VILLANUEVA, | Date: August 8, 2008, 2:00 p.m. |
| Defendant. | |

    Now pending before the Court is defendant's motion to suppress evidence. In a Notice filed on August 1, 2008, the matter was continued to Friday, August 8, 2008 at 2:00 p.m. The Notice also indicated that all witnesses should be present that day.

    The parties ask to appear as scheduled on Friday August 8, 2008 for oral argument on the motion. However, the parties ask that an evidentiary hearing be scheduled for a future date. On August 8, the parties will be prepared to discuss the legal issues raised in the motion, the scope of the evidentiary hearing, and to propose a mutually convenient date. This will provide necessary time for the parties to prepare for the hearing, including seeking to subpoena *Henthorn* materials on testifying witnesses. In addition, witnesses will be traveling approximately five hours from

Stip re: Scheduling                              1

Eureka to attend the hearing and will need to make transportation and lodging arrangements.

 August 4, 2008
Date

/s/ Ned Smock
Ned Smock
Assistant Federal Public Defender

 August 4, 2008
Date

/s/ Derek Owens
Derek Owens
Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is hereby ORDERED that oral argument on the pending suppression motion will be heard on Friday, August 8, 2008 at 2:00 p.m. At that time, the scope and scheduling of an evidentiary hearing will be discussed.

IT IS SO ORDERED.

 August 4, 2008
Date

Honorable Charles R. Breyer
Judge, United States District Court
Northern District of California

*IT IS SO ORDERED*
Judge Charles R. Breyer

Stip re: Scheduling     2