| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **August 08, 2008**

Reporter**: Lydia Zinn**

| | |
|---|---|
| **Case No: CR-08-0230-CRB** | **DEFT:** JOSE VILLEGAS-VILLANUEVA<br>(X)Present |
| AUSA: Derek Owens<br>Spanish Interpreter: Melinda Basker | DEF ATTY: Edward Smock |

**REASON FOR HEARING**     D's Motion to Suppress Evidence

**RESULT** The Court finds that the legitimate matter of entry is not an issue and sets an evidentiary hearing as to the defendants statements, guns and marijuana.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** September 9, 2008 @ 1:30 p.m.   **for** Evidentiary Hearing

**JUDGMENT** _____

Notes: defendant remanded to custody