**FEDERAL PUBLIC DEFENDER**
Northern District of California
555 - 12th Street
Suite 650
Oakland, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

September 2, 2008

Hon. Charles R. Breyer
United States District Judge
450 Golden Gate Ave.
San Francisco, CA 94102

   Re: <u>United States v. Leopoldo Villegas-Villanueva</u>
     CR-08-230 CRB

Dear Judge Breyer:

  This case is currently scheduled for an evidentiary hearing on defendant's motion to suppress on September 9, 2008. I write to inform you that the parties have agreed to the terms of a written plea agreement.

  Accordingly, the parties request that the evidentiary hearing be vacated and that the case be instead calendared for change of plea during your criminal calendar on September 10, 2008 at 10:00 a.m. The parties will forward a copy of the plea agreement to you prior to the court date. Please do not hesitate to contact me with any questions or concerns. Thank you.

            Sincerely,

            /S/

            NED SMOCK
            Assistant Federal Public Defender